The Honorable Richard Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CALEB CRAIG JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE; SEATTLE POLICE DEPARTMENT; OFFICER S. MARTINELL; OFFICER HUGHEY; OFFICER S. SMITH; OFFICER S. KAFFER; OFFICER D. CONINE; OFFICER M. WOODRUFF; and JOHN DOES 1 - 10,<br><br>Defendants. | NO. C08-1085<br><br>DECLARATION OF OFFICER MICHAEL WOODRUFF |

I, Michael Woodruff, hereby declare as follows:

1. I am over the age of 18 years, make this Declaration based on personal knowledge, and am competent to testify to the facts contained herein.

2. I am a corrections officer employed by the State of Washington Department of Corrections.

3. On June 27, 2006 I was working in an unmarked van with Seattle Police Officers Kaffer and Conine on the fugitive apprehension team. Officer Conine was driving the

DECLARATION OF OFFICER MICHAEL WOODRUFF -- NO. C08-1085   1   ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

van northbound on Rainier Avenue South and was behind a vehicle with three males inside. As the vehicle rounded the corner, I saw one of the passengers displaying hand gestures. I then saw the man point the barrel of a rifle out the window at a male standing on the corner. The male with the gun looks like he was shouting, but I could not hear the words. I believed that we were witnessing a potential drive-by shooting, but we did not see the pedestrian fall or appear to be shot.

4. As the car completed its turn on to eastbound South Othello Street it took off, although not at a high rate of speed. The driver refused to stop and I was not sure of his intent. Eventually he pulled over and when back-up arrived, the Seattle officers made a high-risk stop. I was not involved in the arrests, but was covering the vehicle.

5. The occupants were ordered out one at a time and told to lie on the ground. The driver asked, "What's this about?" At one point he stated that he knew the male that the passenger pointed the gun at, but the statement was not convincing. Although the rifle turned out to be a paintball gun, we told the men that there was no way we could have known that and this could have gone differently and one of them could have been shot. I did not take any statements or have any other involvement in this matter.

I declare under penalty of perjury under the laws of the State of Washington and of the United States that the foregoing is true and correct.

EXECUTED at _Stanwood_, Washington this _24th_ day of _February_ 2009.

MICHAEL WOODRUFF

DECLARATION OF OFFICER MICHAEL
WOODRUFF -- NO. C08-1085

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

<u>Certificate of Service</u>

I certify that on the date noted below I electronically filed this document entitled DECLARATION OF OFFICER MICHAEL WOODRUFF with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Mark Leemon
Leemon Royer PLLC
2505 Second Avenue, Suite 610
Seattle, WA 98121
(206) 269-1100
FAX: (206) 269-7424
*Attorneys for Plaintiff Caleb Craig Jackson*

DATED this 29th day of April, 2009, at Seattle, Washington.

/s/ Karen L. Cobb via ECF

DECLARATION OF OFFICER MICHAEL WOODRUFF - 3

3019-029672 322540

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885