The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CALEB CRAIG JACKSON,<br><br>                Plaintiff,<br>      v.<br><br>CITY OF SEATTLE; SEATTLE POLICE DEPARTMENT; OFFICER S. MARTINELL; OFFICER HUGHEY; OFFICER S. SMITH; OFFICER S. KAFFER; OFFICER D. CONINE; and JOHN DOES 1-10,<br><br>                Defendants. | NO.  C08-1085RAJ<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE<br><br>**NOTE ON MOTION CALENDAR:**<br>**MAY 7, 2007** |

**STIPULATION**

Plaintiff Caleb Craig Jackson agrees to dismiss with prejudice all actual or potential claims that have been or may have been asserted against defendants City of Seattle, Seattle Police Department, Seattle Police Department Officer S. Martinell, Officer Hughey, Officer S. Smith, Officer S. Kaffer, Officer D. Conine and John Does 1-10 and/or any other city employee arising out of the events described in his complaint. No claims remain for trial and this matter may be dismissed in its entirety.  By stipulated motion, the undersigned parties hereby move the court for entry of the order incorporated herein.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

C08-1085RAJ
3019-029672  345136

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

| | |
|---|---|
| Dated: May 7, 2009. | Dated: May 7, 2009 |
| **LEEMON & ROYER** | **STAFFORD FREY COOPER** |
| By:  /s/ Mark Leemon, via ECF<br>     Mark Leemon, WSBA #5005<br>*Attorneys for Plaintiffs* | By   /s/ Karen L. Cobb, via ECF<br>    Ted Buck, WSBA No. 22029<br>    Karen L. Cobb, WSBA #34958<br>*Attorneys for Defendants* |

### ORDER

Based upon the foregoing stipulation of the parties as evidenced by the signatures of their attorneys, it is now, **ORDERED**, that all claims actually asserted or that could potentially have been asserted against the City of Seattle, Seattle Police Department, Seattle Police Department Officer S. Martinell, Officer Hughey, Officer S. Smith, Officer S. Kaffer, Officer D. Conine and John Does 1-10 and/or any other city employee arising out of the events described in his complaint are DISMISSED with prejudice and without costs to any party.

DATED THIS ____ day of March, 2009.

_____
The Honorable Richard A. Jones

Presented by:

**STAFFORD FREY COOPER**
*Professional Corporation*

By /s/ Karen L. Cobb, via ECF
    Ted Buck, WSBA #22029
    Karen L. Cobb, WSBA #34958
Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

C08-1085RAJ
3019-029672  345136

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Certificate of Service

I certify that on the date noted below I electronically filed this document entitled [Proposed] STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Mark Leemon
Leemon Royer PLLC
2505 Second Avenue, Suite 610
Seattle, WA  98121
(206) 269-1100
FAX: (206) 269-7424
*Attorneys for Plaintiff Caleb Craig Jackson*

DATED this 7th day of May, 2009, at Seattle, Washington.

/s/ Karen L. Cobb via ECF

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3

C08-1085RAJ
3019-029672  345136

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885